UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK MCCOURT LIEBER, JR., <br> TDCJ No. 01969926, <br><br> Petitioner, <br><br> v. <br><br> LORIE DAVIS, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | §§§§§§§§§§§§§ | SA-19-CA-0012-FB (HJB) |

## DEFICIENCY ORDER

Before the Court is *pro se* Petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1). Petitioner has neither paid the $5.00 filing fee nor has he filed an application to proceed *in forma pauperis* ("IFP").

It is therefore **ORDERED** that, **within thirty (30) days of the filing of this Order**, Petitioner must submit to the Court either the required filing fee of $5.00 or a completed application to proceed IFP. If the Petitioner submits an IFP application, it must include a current institutional trust fund account statement showing deposits and balances to Petitioner's institutional account for the previous six months. A TDCJ trust fund account statement should be provided to Petitioner by the law library at the unit where Petitioner is incarcerated. **The Clerk of the Court is directed to forward Petitioner this Court's standard IFP application.**

Failure to comply with the Court's order may result in the dismissal of this case for want of prosecution.

**SIGNED** on January __10__, 2019.

Henry J. Bemporad
United States Magistrate Judge