IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK MCCOURT LIEBER, JR, § | | |
| TDCJ No. 1969926, § | | |
| Petitioner, § | | |
| § | | |
| v. § | | CIVIL NO. SA-19-CA-12-FB (HJB) |
| § | | |
| LORIE DAVIS, Director, § | | |
| Texas Department of Criminal § | | |
| Justice, Correctional Institutions § | | |
| Division, § | | |
| Respondent. § | | |

## RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT

This is a habeas corpus case brought by a Texas state prisoner, Mark McCourt Lieber, Jr., under 28 U.S.C. § 2254. The Director's answer in this case is currently April 3, 2019, on first extension. The basis for the Director's first extension was that the state court records necessary to complete the Director's answer had only recently been received. Since reviewing the relevant state court records, it has become necessary to do additional investigation into Lieber's claims. Because of this investigation, additional time to respond is required and would be greatly appreciated. The Director respectfully requests an extension of thirty days, up to and including Friday, May 3, 2019, to file her response.

This is the Director's second request for an extension of time in this cause. The Director apologizes to the Court for the necessity of this extension. Moreover, this request is not designed to harass Lieber, nor to unnecessarily

delay these proceedings, but to ensure that Lieber's claims are properly addressed. Accordingly, the Director respectfully requests an extension of thirty days, up to and including, Friday, May 3, 2019, to complete the Director's response.

## CONCLUSION

The Director respectfully requests that her Second Motion for Extension of Time be granted.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

*Lead Counsel

/s/ Jessica Manojlovich
JESSICA MANOJLOVICH*
Assistant Attorney General
State Bar No. 24055632

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I do hereby certify that a conference is not possible because Petitioner is incarcerated.

/s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing the same in the United States Mail, postage prepaid, on this the 3rd day of April, 2019, addressed to: Mark McCourt Lieber, Jr., TDCJ No. 1969926, Michael Unit, 2664 FM 2054, Tennessee Colony, TX 75886.

/s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General