UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK MCCOURT LIEBER, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-19-CA-12-FB |
| LORI DAVIS, Director of Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Defendant. | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

In accordance with the Court's Standing Order dated October 8, 2019, it is hereby

**ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court.

**SIGNED** on October 21, 2019.

_____
Henry J. Bemporad
United States Magistrate Judge