UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK MCCOURT LIEBER, JR., | § § | |
| Petitioner, | § § | |
| v. | § § | SA-19-CA-12-RCL |
| LORIE DAVIS, TDCJ Director; | § § | |
| Respondent. | § § | |

**ORDER**
**APPOINTING COUNSEL**

Before the Court is Honorable Royce C. Lamberth's referral to the undersigned for the purpose of appointing counsel to represent Petitioner Mark McCourt Lieber, Jr. at an Evidentiary Hearing in this case. (*See* Docket Entry 20.) The undersigned finds that the interests of justice do require appointment of counsel to represent Petitioner Lieber. *See* 18 U.S.C. §3006A(a)(2)(B). Accordingly, it is hereby **ORDERED** that the following counsel is **APPOINTED** to represent Petitioner Lieber:

Javier N. Maldonado
Law Office of Javier N. Maldonado, P.C.
8620 N. New Braunfels, Suite 605
San Antonio, Texas 78217
210-277-1603
Jmaldonado.law@gmail.com

The U.S. Clerk is directed to mail a copy of this Order to Petitioner Lieber, and a copy also be sent to Counsel Maldonado electronically.

**SIGNED** on January 16, 2020.

Henry J. Bemporad
United States Magistrate Judge