IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK MCCOURT LIEBER, JR., | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 5:19-CV-12-RCL |
| | § | |
| LORIE DAVIS, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Petitioner Mark Lieber, Jr. filed a petition for federal habeas relief. Docket Entry (DE) 1. This Court has ordered an evidentiary hearing on whether Petitioner's claim of ineffective assistance of trial counsel is procedurally defaulted. DE 23 at 2. Assistant Attorney General Jay Clendenin files this notice of appearance of counsel for himself on behalf of Respondent, Lorie Davis. The undersigned respectfully asks the District Clerk to note his appearance on the docket and to forward all future pleadings, orders, and other correspondence to the undersigned counsel at P.O. Box 12548, Austin, Texas, 78711-2548 and the e-mail address listed below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

MARK PENLEY
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Jay Clendenin
JAY CLENDENIN*
\*Attorney-In-Charge          Assistant Attorney General
State Bar No. 24059589

P.O. Box 12548, Capitol Station
Austin, Texas   78711
Tel: (512) 936-1400
Fax: (512) 936-1280
email: jay.clendenin@oag.texas.gov

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that on February 5, 2020, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Filing" to the following presumptive attorney of record, who consented in writing to accept this Notice as service of this document by electronic means.

Javier Maldonado
Law Office of Javier N. Maldonado, P.C.
8620 N. New Braunfels, Suite 605
San Antonio, Texas 78217
jmaldonado.law@gmail.com

s/ Jay Clendenin
JAY CLENDENIN
Assistant Attorney General