IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK MCCOURT LIEBER, JR., § | |
|     Petitioner, § | |
| § | |
| v. § | CIVIL NO. 5:19-CV-12-RCL |
| § | |
| LORIE DAVIS, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
|     Respondent. § | |

## ORDER ENTERING SCHEDULING ORDER

Be it remembered that on this day, came to be heard Joint Motion to Enter Amended Scheduling Order, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

1. The parties are exempted under Fed. R. Civ. Proc. 26(a)(1)(B)(iii) from the requirement to make initial disclosures under Fed. R. Civ. Proc. 26(a)(1)(A).

2. Any motion for authorization to conduct discovery pursuant to Rule 6(a) of the Rules Governing Section 2254 Cases and the Federal Rules of Civil Procedure shall be filed no later than **February 21, 2020**. Opposition, if any, shall be filed within **one week** of the date that such motion for discovery is filed. An optional Reply may be filed within **one week** of the date that the Opposition is filed.

3. All discovery shall be completed by **March 27, 2020**.

4. The parties shall disclose the name and contact information for any potential witness on or before **April 3, 2020**.

5.  On or before **April 10, 2020**, the parties shall file a joint prehearing statement, which shall:

    a.  Identify counsel who will appear at the hearing;

    b.  Identify any stipulated and uncontested facts;

    c.  Identify the contested issues of fact and law;

    d.  Identify the witnesses to be called at the hearing, including a brief description of their anticipated testimony; and

    e.  Identify the exhibits to be presented at the evidentiary hearing, noting any objection by the party against whom the exhibit is to be offered.

6.  An evidentiary hearing will begin at 9:00 a.m. on **April 23, 2020**.[1]

7.  Posthearing briefs shall be filed separately by each party within **thirty days** of the parties' receipt of the transcript of the evidentiary hearing.

It is so ORDERED.

SIGNED on this the 14th day of February, 2020.

ROYCE C. LAMBERTH
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The parties request that the hearing be scheduled on a date on which the Court will be available between April 17 and April 29, 2020.